UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.  DOCKET NO.: 99-78-FJP-CN

BILLY T. LOVELACE

## ORDER

The Court finds the defendant has been on probation for more than one (1) year, has complied with all special and general conditions of supervision, and further that early termination of supervised release is in the best interest of justice.

Therefore, pursuant to 18 U.S.C. § 3583(e), it is hereby ordered that the supervised release imposed by this Court on January 31, 2003, be and is hereby terminated effective this date.

Baton Rouge, Louisiana, this 13th day of May, 2008.

FRANK J. POLOZOLA
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA